# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**NDMS CASE NO: 3:23MJ033-RP**
**DC CASE NO: 1:23MJ00005**

**LOCATION HELD: OXFORD COURTROOM 2**

**UNITED STATES OF AMERICA V. TONEY SHELDON BRAY AND ETHAN AARON BRAY**

**DATE & TIME BEGUN: 06/08/23 @      11:02 a.m.**

**DATE & TIME ENDED: 06/08/23 @      11:31 a.m.**

**TOTAL TIME: 29 minutes**

**PRESENT:**

### HONORABLE ROY PERCY, U. S. MAGISTRATE JUDGE

| | |
|---|---|
| Rebekah Capps | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**          **ATTORNEY(S) FOR DEFENDANT(S):**

Clay Dabbs

**PROCEEDINGS: Initial Appearance on District of Columbia Criminal Complaint**

**ENTRY TO BE MADE ON DOCKET:**
Hearing held. Court advised defendants of their right to remain silent and advised the defendants of the charges. Court advised the defendants of their right to counsel and advised the defendants of Federal Rule 20. Court appointed Federal Public Defender as counsel for each defendant. Court set bond at $10,000.00 unsecured. Order setting conditions of release to be entered. Identity and preliminary hearing set for Monday, June 12, 2023, at 2:00 p.m. in Courtroom 2 in Oxford, MS before Magistrate Judge Percy.

**DAVID CREWS, CLERK**

/s/ Rebekah Capps
Courtroom Deputy